COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Monica Hardaway and Glenn Hardaway v. Deutsche Bank
                         National Trust Company as Trustee, In Trust for Registered
                         Holders of Long Beach Mortgage Loan Trust 2006-WL1,
                         Asset Backed Certificates, Series 2006-WL 1

Appellate case number:   01-17-00677-CV

Trial court case number:  17-CCV-059731

Trial court:             County Court at Law No. 4 of Fort Bend County

Appellants, Monica Hardaway and Glenn Hardaway, have filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. And, appellants have filed a "Motion to Reconsider Emergency Motion to Stay Any Execution of the Writ of Possession Related to the Emergency Petition for Writ of Mandamus and Fraud Upon the Court, Case No. 01-17-00880-CV." The motion is **denied**.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court

Date: January 30, 2018